UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINTIA BAUTISTA,<br><br>        Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>        Defendant. | Case No.  23-cv-02556-BLF   (SVK)<br><br>**ORDER TO SHOW CAUSE RE REVISED STIPULATED PROTECTIVE ORDER** |

The Court orders the Parties to appear by videoconference on **March 12, 2024 at 10:00 a.m.** and **SHOW CAUSE** why they have not complied with the undersigned's two previous orders requiring them to file a revised proposed protective order. Dkt. 28, 29. The hearing will be vacated if the Parties file the revised proposed protective order by **March 8, 2024.**

    **SO ORDERED.**

Dated: March 6, 2024

_____
SUSAN VAN KEULEN
United States Magistrate Judge